UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-00021-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICKY DERON JENKINS, JR. | ORDER TO RELEASE DEFENDANT ON<br>COMPASSIONATE FURLOUGH |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a 12-hour furlough to the Defendant for purposes of attending his great-grandmother's funeral, and for good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released from the Harnett County Detention Center at 8:00 a.m., on Saturday, June 24, 2017, to the custody of his father, Ricky Jenkins, Sr. for the sole purpose of attending the funeral service at Carver Elementary School in Pinetops, North Carolina and then the burial ceremony at Crestlawn Cemetery in Farmville, North Carolina. At all times, the Defendant shall remain in the custody of his father, Ricky Jenkins, Sr. The Defendant shall return to the Harnett County Detention Center by no later than 8:00 p.m. on Saturday, June 24, 2017.

**IT IS SO ORDERED.**

This _23_ day of June, 2017.

JAMES C. DEVER III
Chief United States District Judge